

# IN THE
# TENTH COURT OF APPEALS

## No. 10-20-00298-CR

## IN RE BRIAN DAVENPORT

**Original Proceeding**

**From the 19th District Court
McLennan County, Texas
Trial Court No. 2019-792-C1**

---

## ABATEMENT ORDER

---

Brian Davenport seeks mandamus relief to compel Respondent, the Honorable Ralph Strother of the 19th District Court of McLennan County, to rule on his request for release pursuant to Article 17.151 of the Texas Code of Criminal Procedure and his motion for speedy trial.

After this original proceeding was filed, Judge Strother retired and ceased to hold office as the Judge of the 19th District Court. Judge Strother's successor is the Honorable Thomas West. Rule 7.2 (b) of the Rules of Appellate Procedure provides that in the case of an original proceeding, the appellate court must abate the proceedings to allow a successor to reconsider the original party's decision. We therefore grant the parties sixty

days from the date of this Order to present for review, to the Honorable Thomas West, the request for release and motion for speedy trial. Should Relator not provide this Court with a ruling from Judge West within ten days from the date of his ruling, the petition for mandamus will be dismissed.

PER CURIAM

Before Chief Justice Gray,
    Justice Neill, and
    Justice Johnson
Appeal abated
Order issued and filed January 21, 2021
[OT06]

